1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
    **KEVIN CARADINE,**                    Case No. C 14-01530 YGR (PR)
12
                          Petitioner,      **ORDER GRANTING RESPONDENT AN**
13                                          **EXTENSION OF TIME TO FILE AN**
                                            **ANSWER OR DISPOSITIVE MOTION**
14          **v.**

15  **FRED FOULK, Acting Warden,**

16                          Respondent.

17

18          For good cause shown, the time for Respondent to serve and file its response to the petition

19  herein shall be extended up to and including **July 31, 2014**.  If Respondent files an answer and

20  Petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on

21  Respondent within 60 days of his receipt of the answer.  If Respondent files a motion to dismiss

22  on procedural grounds in lieu of an answer, Petitioner must serve and file any opposition or

23  statement of non-opposition no more than 60 days after the motion is served and filed, and

24  Respondent must serve and file a reply to the opposition not more than 14 days after the

25  opposition is served and filed.

26          IT IS SO ORDERED.

27  Dated:      June 30, 2014

                                           The Honorable Yvonne Gonzalez Rogers
28                                         United States District Judge

                                       1