UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN L. CARADINE,

    Petitioner,

  v.

SUZANNE M. PEERY, Acting Warden,

    Respondent.

Case No. 14-cv-01530-YGR (PR)

**ORDER GRANTING PETITIONER'S REQUEST FOR A THIRD EXTENSION OF TIME TO RESPOND TO THE COURT'S FEBRUARY 20, 2015 ORDER**

    Petitioner Kevin L. Caradine, a state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 20, 2015, the Court issued an Order Granting Respondent's Motion to Dismiss; and Requiring Election by Petitioner Regarding Mixed Petition. Dkt. 12.

    Before the Court is Petitioner's request for a third extension of time to respond to the Court's February 20, 2015 Order. Dkt. 17. His request is GRANTED.

    No later than **October 5, 2015**, Petitioner must file either: (1) an amended petition that includes only his three exhausted claims and strikes the remaining unexhausted prospective juror bias claim, or (2) file a request for a stay of this matter while he exhausts his unexhausted prospective juror bias claim in that court. If Petitioner chooses to file an amended petition, he must submit it on the attached blank habeas petition form, clearly label the petition as the "Amended Petition," and write in the case number for this action—C 14-01530 YGR (PR)—on the form.

    If Petitioner fails to file either an amended petition or a request for a stay as ordered herein by the October 5, 2015 deadline, the petition will be dismissed without prejudice to Petitioner's

later filing a new petition that contains only exhausted claims. Should he do so, he is advised to file his new federal habeas corpus petition as soon as possible after his state court proceedings have concluded. The Court makes no ruling at this time on the issue of the timeliness of any future federal petition.

The Clerk of the Court shall send Petitioner a blank § 2254 habeas petition form.

This Order terminates Docket No. 17.

IT IS SO ORDERED.

DATED: August 21, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

2